UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISLAS,<br><br>  Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY,<br><br>  Respondent. | Case No. CV 16-6757 JLS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the July 23, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and "Petitioner's Objections to Report and Recommendation" ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that the Petition is denied, this action is dismissed with prejudice and Judgment be entered accordingly.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

DATED: September 23, 2019



_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE