UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ISLAS,<br><br>                    Petitioner,<br><br>          v.<br><br>W. L. MONTGOMERY,<br><br><br>                    Respondent. | Case No. CV 16-6757 JLS(JC)<br><br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 23, 2019

_____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE